UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-4748-W |
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| DENIS ALEKSANDROVICH EMELYANTSEV, aka "Denis Kloster," aka "Stanx," | |
| Defendant. | |

WHEREAS, in the Indictment the United States sought forfeiture of all right, title and interest in property of Defendant DENIS ALEKSANDROVICH ("Defendant"), pursuant to Title 18, United States Code, Section 982(a)(2)(B) as property constituting proceeds of the offense set forth in Count 1 in the violation of Title 18, United States Code, Sections 371, 1030(a)(5)(A), 1030(c)(4)(B)(i), and 1030(c)(4)(A)(i)(I) and (VI) and pursuant to Title 18, United States Code, Sections 1030(i) and (j) as personal property used or intended to be used to commit such offense and as property constituting proceeds of the offense set forth in Count 2 in the violation of Title 18, United States Code, Section 1030(a)(5)(A), (c)(4)(B)(i), and (c)(4)(A)(i)(I),(VI), and 3359(g)(1)

WHEREAS, on or about January 23, 2023, Defendant pled guilty before District Judge Thomas J. Whelan to Counts 1 and 2 of the Indictment, which plea

included consent to the forfeiture allegations of the Indictment, and consent to forfeiture of all property seized in connection with the case, and consent to entry of a forfeiture money judgment in the amount of $2,786,408 representing the proceeds Defendant personally received from the offenses set forth in Counts 1 and 2; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty pleas, the Court hereby finds that $2,786,408 represents the amount of proceeds the Defendant personally obtained directly as a result of the offense set forth in Counts 1 and 2 to which Defendant pled guilty; and

WHEREAS, by virtue of said guilty pleas and the Court's findings, the United States is now entitled to an Order of Forfeiture in its favor against the Defendant in the form of a forfeiture money judgment representing the amount of the proceeds received by the Defendant in the amount of $2,786,408, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i) and (j), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement and financial addendum, the United States has established the requisite nexus between the $2,786,408 forfeiture money judgment and the offenses set forth in Counts 1 and 2; and

WHEREAS, the Defendant has agreed that the provisions for the substitution of assets as provided in 18 U.S.C. §§ 982(b) and 1030(i)(2) which incorporate the provisions of 21 U.S.C. § 853(p) exist and has agreed the United States may take actions to collect the forfeiture money judgment; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  Based on the guilty pleas of the Defendant to Counts 1 and 2 of the Indictment, the United States is entitled to a forfeiture money judgment against

Defendant in the amount of $2,786,408 pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i) and (j), representing the proceeds Defendant personally received from the offenses of conviction set forth in Counts 1 and 2, which forfeiture money judgment is in favor of the United States against Defendant DENIS ALEKSANDROVICH, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

2. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture money judgment and collecting and enforcing it; and

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

4. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $2,786,408 to satisfy the forfeiture money judgment in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the forfeiture money judgment.

7. This order shall be incorporated and included as part of the judgment in this case when Defendant is sentenced.

DATED: October 19, 2023

_____
Honorable Thomas J. Whelan
United States District Judge