TARA K. McGRATH
United States Attorney
JONATHAN I. SHAPIRO
Assistant United States Attorneys
California Bar No. 268954
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8439
email: jonathan.shapiro@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19CR4748-W |
| Plaintiff, | **FOURTH JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| v. | |
| DENIS ALEKSANDROVICH EMELYANTSEV, aka "Denis Kloster," aka "Stanx," | |
| Defendant. | |

The parties, United States of America, by and through its counsel Tara K. McGrath, United States Attorney, and Jonathan I. Shapiro, Assistant United States Attorney, and Arkady Bukh and Alex Gruzman, counsel for defendant, jointly request that the sentencing hearing set for December 4, 2023, at 9:00 a.m., be continued to December 18, 2023. Judge Thomas J. Whelan accepted defendant Emelyantsev's guilty plea on January 23, 2023, and defendant Emelyantsev is in custody pending sentencing. This is the parties' fourth request to continue the sentencing hearing.

The parties request this continuance to afford defense the

necessary time to prepare its sentencing pleadings.

For the reasons stated above, the parties respectfully request a continuance of the sentencing hearing to December 18, 2023, at 9:00 a.m.

A proposed order with respect to this joint motion is being submitted directly to the court via efile_whelan@casd.uscourts.gov.

DATED: November 28, 2023

Respectfully submitted,
TARA K. McGRATH
Acting United States Attorney

*s/Jonathan I. Shapiro*
JONATHAN I. SHAPIRO

Assistant U.S. Attorney
Attorneys for Plaintiff

*s/Arkady L. Bukh*
ARKADY L. BUKH
Attorney for Defendant

*s/Alex Gruzman*
ALEX GRUZMAN
Attorney for Defendant